```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LUCAS E. ROWE
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2426
    Facsimile:  (213) 894-7177
    E-mail: Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>$109,140.00 IN U.S. CURRENCY,<br><br>　　　　　Defendants.<br><br>KEVIN PHALEN,<br><br>　　　　　Claimant. | NO.  SACV 13-1638-DOC(JPRx)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT OF FORFEITURE<br>[29] |

    Plaintiff and claimant Kevin Phalen ("Phalen") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.  Phalen has asserted an interest in the defendant currency by filing a claim in this

1

case and answering the complaint.  No other claims or answers were filed, and the time for filing claims and answers has expired.  No other person is believed to have any claim to the defendant currency.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.   The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Phalen has filed a claim and answer to contest the forfeiture of the defendant currency.  No other claims were filed, and the time for filing claims and answers has expired.  This Court has jurisdiction over the parties to this judgment and the defendant currency.  Any potential claimants to the defendant currency, other than Phalen, are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

2.   $30,000.00 of the defendant currency, without interest, shall be returned to Phalen through his counsel.  The United States shall return the defendant $30,000.00 not later than 45 days after (a) the court enters this Consent Judgment and (b) Phalen provides to the government the bank routing and personal identifiers needed to effect a wire transfer of the funds, whichever is later.

3.   The government shall have judgment against the interests of Phalen (and any potential claimants) as to the

1  remainder of the defendant currency, $79,140.00 and all interest
2  earned on the entirety of the defendant currency, which assets
3  are hereby forfeited and condemned to the United States, and no
4  other right, title or interest shall exist therein.  The
5  government shall dispose of the forfeited currency according to
6  law.
7       4.   Phalen has agreed to release the United States of
8  America, its agencies, agents, and officers, including employees
9  and agents of the United States Secret Service ("USSS") as well
10 as all agents, officers, employees and representatives of any
11 state or local government or law enforcement agency involved in
12 the investigation or prosecution of this matter, from any and
13 all claims, actions or liabilities arising out of or related to
14 the seizure and retention of the defendant currency and/or the
15 commencement of this civil forfeiture action, including, without
16 limitation, any claim for attorneys' fees, costs or interest
17 which may be asserted on behalf of Phalen against the United
18 States, whether pursuant to 28 U.S.C. § 2465 or otherwise.
19      5.   The court finds that there was reasonable cause for the
20 seizure of the defendant currency and the institution of this
21 action as to the defendant currency.  This judgment constitutes
22 a certificate of reasonable cause pursuant to 28 U.S.C. § 2465
23 as to the defendant currency.
24 //
25 //

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: Sept. 5, 2014

```
_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
```

Prepared by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Lucas E. Rowe
LUCAS E. ROWE

Special Assistant United States Attorney
Asset Forfeiture Section